JUDGE CEDARBAUM

BLANK ROME, LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

**08 CV 01200**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAMSUN LOGIX CORP.,

    Plaintiff,

v.

GULF ROCKS CO.,

    Defendant.

---

08 Civ.

**F.R. CIV. P. RULE 7.1 STATEMENT**

RECEIVED FEB 05 2008 U.S.D.C. S.D.N.Y.

    Pursuant to F. R. Civ. P. Rule 7.1 and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of that party, securities or other interests in which are publicly held.

Dated: New York, NY
       February 4, 2008

                          Respectfully submitted,
                          BLANK ROME, LLP
                          Attorneys for Plaintiff

                          By _____
                          Jeremy J.O. Harwood (JH 9012)
                          405 Lexington Avenue
                          New York, NY 10174
                          Tel.: (212) 885-5000

294478.1
900200.00001/6612849v.1